UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DUNKIN' DONUTS FRANCHISED
RESTAURANTS LLC, et al.,

       Plaintiffs,

vs.

                                    Case No: 3:07-cv-1150-J-33JRK

ST. AUGUSTINE DONUTS, LLC,

       Defendant.

_____/

**ORDER**

This matter comes before the Court upon Defendant's Response to Order to Show Cause Why Defendant Should not be Held in Contempt for Violating this Court's January 8, 2008 Order (Doc. # 26), filed on July 17, 2008.  On July 9, 2008, this Court issued a Show Cause Order (Doc. # 25) directing Defendant to show cause why it should not be held in contempt for failing to correct five violations of health and safety standards as directed by this Court's January 8, 2008 order (Doc. # 11).

Defendant's response to the show cause order addresses each of the five areas of concern and identifies substantial measures that have been taken by Defendant to remedy the violations.  In addition, Defendant submits the affidavit of Marie Medeiros, operator of both Dunkin' Donuts locations, which attests to the corrective actions, as well as photographs depicting the targeted areas.  (Doc. ## 26-2 to 26-15.)  Notably, Plaintiffs have submitted no response disputing Defendant's assertions that the

violations have been cured.  Upon consideration of Defendant's submissions, this Court finds that Defendant is now in substantial compliance with this Court's January 8, 2008 order and is hereby discharged from the terms of the Show Cause Order.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant is hereby discharged from the terms of this Court's July 9, 2008 Order to Show Cause (Doc. # 25).

**DONE** and **ORDERED** in chambers in Jacksonville, Florida, this 31th day of July, 2008.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

copies to:

All counsel of record